```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VICTOR MARTINEZ-MARTINEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-06-366 EJG
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  VICTOR MARTINEZ-MARTINEZ,    )  Date: October 13, 2006
                                 )  Time: 10:00 a.m.
15                               )  Judge: Hon. Edward J. Garcia
                                 )
16              Defendant.       )
                                 )
17  _____)
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, MICHAEL BECKWITH, Assistant United States
20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant
21  Federal Defender, attorney for defendant, that the current Status
22  Conference date of September 29, 2006 be vacated and a new Status
23  Conference date of October 13, 2006 at 10:00 a.m. be set.
24       This continuance is requested because the parties are awaiting a
25  report from the probation department.  Further, defense counsel needs
26  additional time to prepare and to conduct ongoing investigation.
27       It is further stipulated and agreed between the parties that the
28  period beginning September 29, 2006 through and including October 13,

1  2006 should be excluded in computing the time within which the trial of
2  the above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
6  and that the ends of justice to be served by a continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.

8  Dated: September 29, 2006           Respectfully submitted,
9                                      DANIEL J. BRODERICK
                                       Federal Defender
10
11                                     /s/ Linda Harter
                                       LINDA HARTER
12                                     Chief Assistant Federal Defender
                                       Attorney for Defendant
13                                     VICTOR MARTINEZ-MARTINEZ
14
15 Dated:  September 29, 2006          MCGREGOR W. SCOTT
                                       United States Attorney
16
17                                     /s/ Michael Beckwith
                                       MICHAEL BECKWITH
18                                     Assistant U.S. Attorney

19                                  **ORDER**

20      Based on the parties' stipulation and good cause appearing
21 therefrom, the Court hereby adopts the stipulation of the parties in
22 its entirety as its order.  The Court specifically finds that the ends
23 of justice served by the granting of such continuance outweigh the
24 interests of the public and the defendant in a speedy trial.
25 IT IS SO ORDERED.
26 DATED:___10/4/06                    /s/ Edward J. Garcia
                                       _____
27                                     EDWARD J. GARCIA
                                       United States District Court
28

Stip & Order                            2